

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-20-00311-CV

Margaret Fay **GUIDRY,**
Appellant

v.

Edward James **GUIDRY**, Jr.,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2018-05589
James L. Rex, Judge Presiding

## O R D E R

Tina Young's notification of late reporter's record is hereby GRANTED. The court reporters' records are due on April 5, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court